# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 99-31188
Summary Calendar

RONALD E. COBLENTZ,

Plaintiff-Appellant,

versus

DANIEL C. GLICKMAN, Secretary,
Department of Agriculture, National
Finance Center,

Defendant-Appellee.

Appeal from the United States District Court
for the Eastern District of Louisiana
98-CV-3645-N

May 22, 2000

Before POLITZ, JONES, and WIENER, Circuit Judges.

PER CURIAM:[*]

Ronald E. Coblentz appeals an adverse summary judgment in his Age Discrimination in Employment Act and retaliation claims under Title VII of the Civil Rights Act of 1964.  Review of the record, briefs, and applicable law discloses neither error of law nor fact, and based on the facts as found, authorities cited, and analysis made by the presiding Magistrate Judge in her thorough and scholarly Order and Reasons signed on October 12, 1999 and filed on October 13, 1999, the judgment appealed is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.